IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>et al., ex rel. MICHELLE RAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No.   2:18-cv-651-RGD-LRL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Relators having moved to dismiss and the United States and the Plaintiff States having consented to dismissal of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) and the Virginia Fraud Against Taxpayers Act, VA. CODE. ANN. § 8.01-216.5.A. and analogous state False Claims Acts, the Court rules as follows:

IT IS ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), 31 U.S.C. § 3730(b)(1), and VA. CODE. ANN. § 8.01-216.5.A., Counts I, II, III, and V through XXIII, be and hereby are dismissed without prejudice;

IT IS FURTHER ORDERED that Relator Michelle Ray's claims for retaliation and discrimination brought pursuant to 31 U.S.C. §3730(h), Count IV, are not dismissed, and the Court retains jurisdiction to adjudicate and resolve the reserved claim and all claims originally asserted on behalf of Michelle Ray, personally.

- 1 -

Case 2:18-cv-00651-RGD-LRL Document 26 Filed 09/18/20 Page 2 of 2 PageID# 168

IT IS SO ORDERED,

/s/ /s/

_____
UNITED STATES DISTRICT JUDGE

Dated: Sept. 18, 2020