IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA, AND
THE COMMONWEALTH OF VIRGINIA,
*et al*, *ex rel* MICHELLE RAY, PORSCHEA
PEARSON AND JOHN ANDERSON,

    Plaintiff,

v.

MOLINA HEALTHCARE, INC., *et al*

    Defendant.

CIVIL NO. 2:18cv651

## ORDER

This matter comes before the Court on Plaintiff Michelle Ray's Notice of Voluntary Dismissal of Count IV Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 27. As Count IV is the only remaining claim in the case, the present suit is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

IT IS SO ORDERED.

/s/
Robert G. Doumar
Senior United States District Judge

Norfolk, VA
September 30, 2020